1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

MEGAN KHOO,

Case No.  17-cv-00570-KAW

8

Plaintiff,

9

v.

**ORDER TO SHOW CAUSE**

Dkt. No. 4

10

SAN FRANCISCO UNIFIED SCHOOL
DISTRICT, et al.,

11
12

Defendants.

13          On February 9, 2017, the Court denied Plaintiff's application to proceed *in forma pauperis*

14   (IFP), and required that Plaintiff pay in installment of $100.00/month, due on the 1st of each

15   month until the filing fee is paid in full.  (Ord. Denying IFP Application at 1, Dkt. No. 4.)  The

16   Court's order warned that failure to pay this amount will result in dismissal of the above-entitled

17   action without prejudice.  (*Id.* at 2.)  Plaintiff made installment payments on February 27, 2017,

18   March 31, 2017, and May 1, 2017.  (Dkt. Nos. 5-7.)  As of the date of this order, however,

19   Plaintiff has not made the final installment payment.

20          Therefore, Plaintiff is ordered, on or before **September 25, 2017**, to 1) pay the final

21   installment payment of $100.00, and 2) respond to this order to show cause by explaining why she

22   did not comply with the Court's order to pay monthly installments until the filing fee was paid in

23   full.  Failure to complete both tasks by September 25, 2017 may result in the dismissal of this

24   action without prejudice.

25          IT IS SO ORDERED.

26   Dated: September 11, 2017

27   _____
     KANDIS A. WESTMORE
28   United States Magistrate Judge