UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN KHOO,<br>        Plaintiff,<br>   v.<br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.,<br>        Defendants. | Case No. 17-cv-00570-KAW<br><br>**SECOND ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 8 |

On February 9, 2017, the Court denied Plaintiff's application to proceed *in forma pauperis* (IFP), and required that Plaintiff pay in installment of $100.00/month, due on the 1st of each month until the filing fee is paid in full. (Ord. Denying IFP Application at 1, Dkt. No. 4.) The Court's order warned that failure to pay this amount would result in dismissal of the above-entitled action without prejudice. (*Id.* at 2.) Plaintiff made installment payments on February 27, 2017, March 31, 2017, and May 1, 2017, but did not make the final installment payment. (Dkt. Nos. 5-7.)

On September 11, 2017, the Court issued an order to show cause, requiring Plaintiff to pay the final installment payment of $100.00 and respond to the order to show cause by explaining why she did not comply with the Court's order to pay monthly installments until the filing fee was paid in full. (Dkt. No. 8.) The Court warned that failure to complete both tasks by September 25, 2017 could result in the dismissal of this action without prejudice. (*Id.*)

As of the date of this order, Plaintiff has not made the final installment payment or responded to the order to show cause. Accordingly, Plaintiff is ordered, on or before **October 20, 2017**, to 1) pay the final installment payment of $100.00, and 2) respond to this order to show cause by explaining why she did not comply with the Court's prior order to show cause. Failure to

complete both tasks by October 20, 2017 may result in the dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated: October 3, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge